# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Carolina Correa | ) | Case No. |
| | ) | 23-1491-DLC |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Feb. 2021 through Feb. 2022__ in the county of __Norfolk and Worcester__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1956(h) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:

See attached affidavit of DEA TFO David J. Spirito.

☑ Continued on the attached sheet.

/s/ David J. Spirito

*Complainant's signature*

David J. Spirito, DEA Task Force Officer

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/31/2023

*Judge's signature*

City and state: Boston, MA

Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*