# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** DEA

**City** Dedham
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant ✗
Magistrate Judge Case Number _____
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 22-CR-10059-LTS    ☑ Yes ☐ No

**Defendant Name** Carolina Correa    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____
**Address:** 141 Alpine Estates Drive, Cranston, RI
**Birth date (Yr only):** 1990   **SSN (last 4#):** 0755   **Sex:** F   **Race:** ___   **Nationality:** ___

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Kunal Pasricha    **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/31/2023    **Signature of AUSA:** _KJP_ (signature)

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Carolina Correa

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

21-MJ-1301-DLC, 21-MJ1302-DLC, 21-MJ-1457-DLC, 21-MJ-1458-DLC, 21-MJ-1589-DLC, 21-MJ-1590-DLC, 21-MJ-1595-DLC, 21-MJ-1601-DLC, 22-MJ-1009-DLC, 22-MJ-1013-DLC, 22-MJ-1025-DLC, 22-MJ-1026-1027-DLC, 22-1045 through 1047-DLC, 22-1481-DLC, 22-1485-DLC

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013